IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**JORGE L. NIEBLA,**

    **Plaintiff,**

vs.                                      Case No. 4:06cv357-MP/WCS

**FLORIDA REPRESENTATIVE
JOE NEGRON,**

    **Defendant.**

    _____/


**REPORT AND RECOMMENDATION**

Plaintiff, an inmate incarcerated in the Florida Department of Corrections, submitted a civil rights complaint on July 26, 2006. Plaintiff did not pay the filing fee at the time he submitted the complaint. Plaintiff also, quite properly, did not seek *in forma pauperis* status because he has already incurred *more* than three "strikes" under 28 U.S.C. § 1915(g).[1] Thus, as Plaintiff is well aware, he is not entitled to proceed in federal court without full prepayment of the filing fee at the time of submission.

This case aptly demonstrates why Plaintiff has incurred more than three strikes. Plaintiff is attempting to sue a member of the Florida House of Representatives (Joe

---

[1] Among those cases dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) are: 9:02cv81055, 1:01cv4326, 8:01cv914, 8:01cv143, 8:00cv2306, 3:05cv230, 4:05cv235, and 4:05cv275. *See* case 4:06cv145 in this district which dismissed another of Plaintiff's cases under the authority of 28 U.S.C. § 1915(g).

Negron) because he did not respond to a letter Plaintiff wrote to him in which Plaintiff states that he complained because the Department of Corrections will not let inmates received twelve monthly copies of Playboy magazine.  Doc. 1, p. 7.  This case is clearly frivolous and Defendant Negron has not violated Plaintiff's rights in not responding to a letter.  Furthermore, these allegations do not bring Plaintiff within the "imminent danger" exception for proceeding with *in forma pauperis* status.  28 U.S.C. § 1915(g).  Therefor, this case must be dismissed without prejudice to Plaintiff refiling the case and simultaneously submitting the full filing fee.  *See* Dupree v. Palmer, 284 F.3d 1234 (11th Cir. 2002).

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint, doc. 1, be **DISMISSED without prejudice** because Plaintiff is barred by 28 U.S.C. § 1916(g) from initiating a civil rights case in federal court without full payment of the filing fee at the time he submits the complaint.

**IN CHAMBERS** at Tallahassee, Florida, on August 4, 2006.


    s/    William C. Sherrill, Jr.
    **WILLIAM C. SHERRILL, JR.**
    **UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**