IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JORGE L. NIEBLA,

    Plaintiff,
v.                                    CASE NO. 4:06-cv-00357-MP-WCS

JOE NEGRON,

    Defendant.

_____/

## **O R D E R**

        This matter is before the Court on Doc. 3, Report and Recommendation of the Magistrate Judge, which recommends dismissing Mr. Niebla's complaint without prejudice for failure to pay the filing fee.  The Magistrate Judge filed a Report and Recommendation dated Friday, August 4, 2006.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* review of those portions to which an objection has been made.  The Plaintiff has filed a Motion for Re-argument, Doc. 6, which the Magistrate has construed as an objection to the report.

        Plaintiff failed to pay the required filing fee at the time of filing his complaint.  Because Plaintiff has already incurred more than three "strikes" under 28 U.S.C. § 1915(g), he is not eligible for *in forma pauperis* status.  Further, the Magistrate is correct that Plaintiff fails to meet the "imminent danger of serious physical injury" exception provided in 28 U.S.C. § 1915(g). The failure of Representative Negron to respond to a letter written by Plaintiff, which complained about the inability to receive pornography in prison, in no way constitutes "imminent danger."  Therefore, having considered the Report and Recommendation and the

objections thereto filed, I have determined that the Report and Recommendation should be

ADOPTED.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Plaintiff's complaint is dismissed without prejudice.

    **DONE AND ORDERED** this   5th day of September, 2006

                   *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge